UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSHOMBE M. KELLEY,<br><br>        Petitioner,<br><br>v.<br><br>LEANNA LUNDY,<br><br>        Respondent. | Case No. 2:23-cv-08674-SVW-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 6) is granted, petitioner's Motion to Strike (docket no. 16) is denied, and Judgment will be entered denying the Petition and dismissing this action without prejudice.

Dated: November 7, 2024

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE